Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345

### IN THE UNITED STATES BANKRUPTCY COURT FOR

### THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: <br><br> WARD, BRIAN JAY <br> WARD, ALYCE KATHRYN <br><br> Debtors. | Bankruptcy No. 10-23231 <br> Chapter 7 <br><br> Judge: JOEL T. MARKER |
|---|---|

### NOTICE OF HEARING ON MOTION TO SELL PROPERTY OF THE ESTATE

Please take notice that this matter will come on for hearing on the 8th day of September, 2010 at the hour of 2:00 p.m., before the Honourable JOEL T. MARKER, at the Frank E. Moss Federal Courthouse, 350 South Main, Salt Lake City, Utah.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Trustee's motion, or if you want the court to consider your views on the motion, then within eighteen (18) days, (Fifteen (15) days from the date of this notice plus three (3) days for mailing) you or your attorney must:

1. File with the court a written response explaining your position at:

    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, Utah 84101

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

2. You must also serve a copy of your response via ECF or U.S. mail to:

Philip G. Jones, Trustee
853 West Center
Orem, Utah 84057

3. Attend the hearing scheduled to be held as set forth in this notice.

Please further take notice that pursuant to 11 U.S.C. § 102(1) and Local Rules 2002-1(b), 9006-1, and 9013-1(b), any objection to the Trustee's Motion must be made in writing, filed with the Court and served upon the Trustee within eighteen (18) days, from the date of the mailing of this Notice. In the event that a timely response is not filed, the relief requested by the Motion may be granted without further notice or hearing.

DATED this 5th day of August, 2010.

        /s/ Philip G. Jones
PHILIP G. JONES
Chapter 7 Trustee